# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES PATRICK BUCKLEY,**

        **Plaintiff,**

-vs-                         **Case No.  6:07-cv-752-Orl-22DAB**

**BEN W. HOOFNAGLE, d/b/a:  Petland Orlando East; GEOFFREY M. HOOFNAGLE, d/b/a:  Petland Orlando East; PETLAND ORLANDO EAST, INC.;**

        **Defendants.**

_____

## ORDER

     This cause is before the Court on Plaintiff's Motion for Partial Summary Judgement (Doc. No. 27) filed on June 2, 2008.

     The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

     After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

     Therefore, it is **ORDERED** as follows:

     1.    The Report and Recommendation filed September 15, 2008 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

     2.    Plaintiff's Motion for Partial Summary Judgement (Doc. No. 27) is hereby **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 3, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge